#128127
/#676752

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: \* CASE # 05-73261 S
CHAPTER 13
\*
Zavala, Manuel G

Debtor \*

FILED 2010 AUG -3 PM 3: 22 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following check remaining unpaid.

2. The balance of funds for the creditor in the amount of **$9.76** are sufficient to pay the claim on the percentages the creditor would have received under the plan. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 643164 | Ecast Settlement Corp.<br>P O Box 35480<br>Newark, NJ  07193-5480 | 9.76 | 2/26/10 |

3. Your trustee's check # 676752 in the amount of $9.76 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10



John P. Gustafson
Trustee in Bankruptcy